UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**SUPPRESSED**

**FILED**

JUN 17 2020

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )
)
LORENZO YOUNG and )
JADEN ALLEN, )
)
Defendants. )

**4:20CR00287 JAR/SPM**

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about June 7, 2020, in St. Louis County, within the Eastern District of Missouri,

**LORENZO YOUNG and
JADEN ALLEN,**

the Defendants herein, aiding and abetting each other, with intent to cause death and serious bodily harm, took from the person and presence of another, by force, violence, and intimidation, a motor vehicle, that is, a 2013 Chrysler 200, that had been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 2119 and 2, and punishable under Title 18, United States Code, Section 2119(1).

### COUNT TWO

The Grand Jury further charges that:

On or about June 7, 2020, in St. Louis County, within the Eastern District of Missouri,

**LORENZO YOUNG and
JADEN ALLEN,**

the Defendants herein, aiding and abetting each other, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, armed carjacking as charged in Count One.

In violation of Title 18, United States Code, Sections 924(c)(1) and 2, and punishable under Title 18, United States Code, Section 924(c)(1)(A)(ii).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney


_____
JAMES REDD #66172MO
Assistant United States Attorney